985 So.2d 1119 (2008)
Sylvia GIANFORMAGGIO, Appellant,
v.
SEARS ROEBUCK & CO., a foreign corporation, and Cole Vision Corporation, a foreign corporation, Appellees.
No. 3D07-2257.
District Court of Appeal of Florida, Third District.
May 21, 2008.
Rehearing and Rehearing En Banc Denied August 12, 2008.
Feiler & Leach and Martin E. Leach, Coral Gables, for appellant.
Arnstein & Lehr and Alfredo Marquez-Sterling, Miami, for appellee Sears Roebuck & Co.
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer and Hinda Klein, Hollywood, for appellee Cole Vision Corporation.
Before LAGOA and SALTER, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Mercer v. Raine, 443 So.2d 944 (Fla.1983); Burnette v. Grove Isle Club, Inc., 710 So.2d 80 (Fla. 3d DCA 1998), review denied, 719 So.2d 892 (Fla. 1998), cert. denied, 528 U.S. 818, 120 S.Ct. 60, 145 L.Ed.2d 52 (1999); Davis Garden Estates, Inc. v. Am. Inv. Realty, Inc., 670 So.2d 1180 (Fla. 3d DCA 1996); Levine v. *1120 Del Am. Props., Inc., 642 So.2d 32 (Fla. 5th DCA 1994).